ORIGINAL

Rade Q. Zone
94-909 Kauolu Place, #105
Waipahu, Hi 96797
zradee@aol.com
808-200-4722 ; 702 785-1618
Representing as Pro Se

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 03 2024
at 2 o'clock and 50 min. P M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RADE Q ZONE<br><br>Plaintiff<br><br>vs.<br><br>YOUTUBE.COM LLC a Subsidary of Google LLC; NEAL MOHAN CEO of Youtube.com LLC ; And DOES unnamed.<br><br>Defendants. | CIVIL NO. CV24 00283 JAO KJM<br><br>PLAINTIFF RADE Q. ZONE'S COMPLAINT FOR PERSONAL INJURIES AND DAMAGES;<br><br>REQUEST FOR JURY TRIAL |

COMES now Plaintiff RADE Q. ZONE, for causes of action against Defendants YOUTUBE.COM LLC, a subsidary of Google LLC ; and NEAL MOHAN, CEO of YOUTUBE.COM LLC; does hereby file this Complaint in which he alleges personal and finacial damages in excess of $75,000.; and alleges the following:

## I. JURISDICTION AND VENUE

1. This is a civil action that is a claim for above $75,000 in damages., by Comic/Entertainer RADE Q. ZONE, a resident of Hawaii, (hereinafter "Plaintiff"), an unwilling participant of internet Defamation; Negligence, Product Defect, and Discrimination, and Defendants

YOUTUBE.COM LLC, a subsidary of Google LLC; and NEAL MOHAN CEO of Youtube.com LLC; (hereinafter "Defendants"), the owners of, and president of, the internet website Youtube.com; who both knew, or should have known, the damages and injuries that Plaintiff would accumulate to his reputation in a short period of time, due to Neglect, Defamation, Product Defects,and Discrimination.

2. JURISDICTION: This action is based on both diversity of citizenship, and, seeking damages in excess of $75,000: All participants are located in the 9'th Circuit Court District of United States of America , Federal court, and therefore covered by 28 U.S.C. Sect. 1332.

3. VENUE; Plaintiff resides in Honolulu county; Oahu, State of Hawaii, at all times;: Defendants are presumed to reside in State of California, since the business of Youtube.com LLC is headquartered, liscensed, and doing substantial business in California; and that the CEO should reside in the State his businesses is Headquartered in. Since Plaintiff filed this complaint in his home state, and has a disability that prevents him from traveling extensively, the U.S. Court should be in Plaintiff's home Court where the Complaint was filed, which is the United State's District Court of Hawaii, in city of Honolulu, @ 300 Ala Moana Blvd.; pursuant to 28 USC 1332. Damages accrued were on the internet, which is in all 50 States; so Plaintiff has been damaged worldwide; if necessary to reference- plaintiff's previous state of residence was Nevada, which is also in the Federal Court, 9th Circuit Court of United States., therefore the proper venue should be – Honolulu U.S. District Court , 300 Ala Moana Blvd.,on the Island of Oahu., in the State of Hawaii.

## II. PARTIES AND RELATIONSHIPS

4. PLAINTIFF: RADE Q. ZONE: At all times, Plaintiff resides on island of Oahu, in the state of Hawaii..in the United States of America. Plaintiff is retired/ disabled and previously

resided in State of Nevada at all times relevant to this Complaint..

5. DEFENDANT #1: YOUTUBE.COM LLC : Youtube.com,LLC is owned by the parent company Google LLC: Youtube.com is an Internet website that allows individuals to post videos of whatever they want; however Youtube.com does have a duty to monitor, censor, and take down any material they deem to be offensive, or not conducive to it's stated goals. Youtube.com is presumed to be owned by Youtube.com LLC, and is a subsidary of Google LLC., liscensed, doing substantial business, and headquartered in California. Address is 901 Cherry Ave, San Bruno, CA,94066; Google LLC is the owner of Youtube.com. They are also liscensed, do substantial business, and headquartered in California, at 1600 Amphitheatre Pkwy., Mountain View, 94043

6. DEFENDANT #2: NEAL MOHAN : Plaintiff believes that at all times relevant to this Complaint NEAL MOHAN has been , and still is, the Cheif Executive Officer of Youtube.com LLC, and is therefore the main person responsible for the duties and actions of Youtube.com. Defendant is presumed to reside in the state where his business is located , headquartered and doing substantial business in, which is California. .

7. DOE DEFENDANTS: there may be other unspecified persons who are responsible for Plaintiff's damages- who reside within the corporate ranks of Google LLC and or Youtube.com,LLC, and or are related in some way to doing business with these Defendants; however Plaintiff has no way of knowing who those persons are. Therefore Plaintiff is listing ficticious name Defendants as DOE persons who could be named in the future.

## III: ALLEGATIONS OF FACT

8. ACCRUAL OF CAUSE: This complaint is focused on ongoing damage done to

plaintiff's reputation, state of mind, and mental health, and finances, from an incident that was videotaped at a coffeehouse in Las Vegas, NV, in August of 2015, and posted online on Youtube.com.

9. This video was then edited to make Plaintiff look bad, posted online at Youtube.com and negative comments began being added in large numbers , most likely as a concerted effort to make Plaintiff look bad. Once online at Youtube.com, multiple others began copying it and commenting on it. The edited video went 'viral' and got millions of views.

10. Plaintiff was defamed by multiple Youtube accounts and/or persons; and now still is continuously; there are accounts posting slanderous pictures, and defaming him through negative comments, ongoing now to this very day.

11. Plaintiff contacted 'help line' at Youtube.com approximately 4 years ago. No response was taken about offensive videos; and no reply was given to plaintiff. This shows a pattern of Negligence.

12. Plaintiff has been suffering through serious mental health issues since this video was posted by Youtube.com; when going to 'Open Mics' to Practice his cradft of Standup comedy- other emcees and performers would ridicule demean and insult him personnally, specific to information received by the Youtube video; also going through therapy, twice, and thinking thoughts of suicide and bodily harm and depression.

13. Plaintiff has suffered financially as a performer and entertainer, having lost possibly Millions of dollars of income, since this was the high point of plaintiffs earning years.

14. Plaintiff noticed during a cursory search of his name, on approximately 10-28-2023 on Defendants website, that unknown persons were still defaming him via generic, unspecific account names, and with defamatory comments and slanderous pictures.

15. Plaintiff sent a letter to both defendants warning of possible lawsuit if offending material was not taken down from website.

16. Defendants made some effort to ameliorate this issue- Changes were made to the original account that posted, following Plaintiff's letter; but Plaintiff found out later, that this was just a partial and perfunctory attempt to ameliorate these videos.

17. Plaintiff then sent another letter to both Defendants, warning of possible lawsuit against them. No reply was given back; and once again slight attempts were made to ameliorate, but offending material was still not taken down.

## IV: FIRST CAUSE OF ACTION: NEGLIGENCE

18. Defendants knew or should have known, that there were defamatory, slanderous, and libelous material being posted on their website of Youtube.com; yet they did nothing to stop these video postings. Defendants are responsible for monitoring 'inappropriate' material.

19.. Defendants must monitor their website and do take down offensive material, such as violent and pornographic videos ; so to say defendants have no responsibility is untrue. They also censor any song that has a copyright, playing in a video.

20. On the date of the cursory self-search, Plaintiff saw that the title page of a video, and multiple videos, from multiple accounts- have no actual person named on the account- and have a large picture of Plaintiff being assaulted and kicked; this so-called 'Title Page' is the first thing people see when the video comes up online, even if video is not 'played'.

21. Plaintiff has suffered numerous insults and slights both online and in person, as a direct result of this viral video; first a) while signing up for open mics in which to practice his chosen craft of stand-up comedy, he has been repeatedly maligned and insulted by Emcees and other

performers while he was signed up for performing onstage; and, b) because of these videos, no booking agents have been, and still are not , willing to hire him.

22. Plaintiff is now known only, and specifically, as the 'person getting kicked in the video', and this is having a huge effect on Plaintiff's life, career, mental health, and general well-being.

## V. SECOND CAUSE FOR ACTION: DEFAMATION

23. DEFAMATION as SLANDER and LIBEL: these videos were , and still are, causing pain and emotional and mental suffering for plaintiff. A performer's reputation is important to 'Bookers' who will pay one to perform: With thousands of negative comments on these Youtube.com accounts, from edited , doctored videos, the opinion of bookers is virtually guaranteed to be highly negative also. Plaintiff has had no offers for paying gigs since 2015.

24. Plaintiff filed a civil lawsuit previously, in Clark county NV, and won damages in 2018, against the person who kicked him ( for Assault), and the person who took the video, and edited it ( for Defamation); However, since it was local case- (state of NV) the Judge could not order the video taken down.

25. Plaintiff knows that Slander, as a form of Defamation, can be in the form of a picture. And the Youtube.com accounts of unknown persons posting Plaintiff getting kicked on their 'Title Page' is extremely defamatory, and negligent on the part of Defendants. Anyone can see Plaintiff getting "kicked', on the title page- without even clicking on the video to watch.

## VI. 3RD CAUSE FOR ACTION: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

26. These viral videos have had an extreme negative effect on Plaintiff's mental health and state of mind. Thoughts of suicide, multiple therapy sessions, lack of paid bookings, online and in person insults, have all converged to create extreme emotional stress and mental pain.

27. Defendants are liable for all parts of this entire process. they were completely responsible for uploading and distributing these videos on the internet; they knew or should have known , how Defamatory, slanderous , and libelous edited and doctored videos can be to a person's reputation and career, and state of mental health.

28. In addition, Defendants made large sums of money through advertising on their website,, from all the millions of persons who viewed these videos.

29. Corporate profits are the main reason for keeping these defamatory videos online: Google LLC and Youtube.com LLC are mega Billion dollar companies that profit off of controversial videos such as these.

a) Defendants may claim many things; yet they do monitor what goes onto their website; they do take down offending videos- with violence or pornography etc; and they do censor videos that violate their 'personal standards' or, their stated goals for their website. What this means is that they have a duty to protect others, because they do distribute videos and media to the entire world, through their hugely popular website. Negligence is a lack of duty.

30, Plaintiff has no way of knowing, even if he wanted to sue an account, who the actual persons are behind the 'account': These accounts have obvious fake names like 'Son Of Crack Lee", And the pictures of commentators on the 'Title Page' are not personally recognizable to Plaintiff . This is negligent Infliction of Emotional Distress.

31. Defendants have a duty to do more than just a perfunctory, partial monitoring of offensive material- when this plaintiff's reputation is at stake, it may have been millions of dollars lost.

## VII. FOURTH CAUSE OF ACTION: DEFECTIVE PRODUCT

32. The State of California has a prominent law regarding defective products; And since Defendants reside in the 9th Circuit Court, of the U.S., this law is relevant. It states 1) that a

product must be designed properly; and 2) proper warnings given for dangerous operations.

33. Defendants did not design their website, Youtube.com, properly: as previously stated. Not only that, no warning are given to users that they may be causing Defanmation or Slander.

34. Accounts can be made by anonymous persons-- Plaintiff has no way of knowing who is the actual person behind an anonymous 'account'; so even if he wanted to sue, no actual person is 'registered' on the account. It is defective design, and Defendants are guilty of this.

## VIII: FIFTH CAUSE OF ACTION: DISCRIMINATION

35. Plaintiff has a documented disability, Traumatic Brain Injury, which causes him to have problems 'keeping up' with these internet Videos; Migraine headaches, epileptic siezures, and other effects are a direct result of too much time on the computer; therefore Plaintiff can only do so much 'monitoring', and then must rest and avoid going on computer-or risk serious problems, as listed above. Defendants do not address any of these issues, and therefore are negligent.

## IX. INJURIES AND DAMAGES

36. Plaintiff incorporates all of the previous facts and allegations against Defendants, which include, as a direct and proximate cause of the above alleged acts and omissions of Defendants: mental distress directly due to edited defamatory videos which were not taken down from Youtube.com; depression, mental pain and suffering, discomfort, distress, not only in the past but ongoing into the continuous foreseeable future-- in connection therewith these viral videos which are now the complete definition of Plaintiff; loss of past earnings of Plaintiff during what could have been his prime earning years; and loss of future earnings; Ongoing mental suffering and anguish due to personal insults from emcees and performers at Open mics, tied directly and

specifically to the viral videos distributed by Youtube.com; Plaintiff believes that permanent personal and reputational damage will result from these acts by Defendants, and will not ever be 'fixed' ; even monetary damages will only help slightly. By reason of the foregoing, Plaintiff Rade Q. Zone would show that he has been damaged in a sum, to be determined at trial, far in excess of the minimum limits of this Court, for .which amount he comes now to sue.

37. By reasons listed above, Plaintiff has in the past, and will in the future, be suffering the following injuries and losses, for which Defendants are jointly and severally liable to Plaintiff:

A. Present psychological , emotional, and mental injury; depression, pain and suffering.

B. Mental anguish, and emotional pain and suffering, in the Past and in the future.

C. Loss of earning capacity in the past and in the future;

D. Career changing effects on any interactions with booking agents in his chosen career;

E. Career changing effects on interactions with other performers as peers or co-workers.

F. Life changing effects on all interactions with any one in his daily living, who have seen these defamatory, edited videos.

38. All said injuries and damages, including Court costs and Plaintiff's personal time and energy, especially in the face of his disability; not now precisely known, but in excess of $75,000.00.

## X. PRAYER

Wherefore, Plaintiff Rade Q. Zone prays that Defendants YOUTUBE.COM LLC, a subsidary of Google LLC, and NEAL MOHAN, CEO of Youtube.com LLC, appear and answer herein according to the rules of law of this Court. After trial on the merits of these causes and issues, and with consideration of Plaintiff's injuries and damages set forth previously, Plaintiff be awarded judgement against Defendants, jointly and severally, a total sum in excess of $75,000,

and also to include pre-emptive removal of offending video material, and regular maintenance to see that these charges do not come up again.

a) REQUEST FOR JURY TRIAL

Plaintiff , Rade q. Zone, hereby demands a trial by jury of the above captioned matter.

XI CERTIFICATION

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

a) I also agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

DATE of Signing: July 3, 2024

Signature of Plaintiff Rade Q. Zone
Printed Name of Plaintiff Rade Q. Zone
Pro Se