CC: File

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 0 2024

at 3 o'clock and 19 min. P M
Lucy H. Carrillo, Clerk

Rade Q. Zone
94-909 Kauolu Place, #105
Waipahu, Hi 96797
zradee@aol.com
808-200-4722 ; 702 785-1618
Representing as Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

RADE Q ZONE

.

    Plaintiff

vs.

.
.
YOUTUBE LLC;
GOOGLE LLC D/B/A/ YOUTUBE;
NEAL MOHAN CEO of
Youtube.com;  CSC-CALIFORNIA
(Employees-of Youtube.com-DOES);
CORPORATION SERVICE COMPANY-
Delaware-(Emplyees-ofYoutube.com-DOES)
And DOES  Unnamed

    Defendants.

CIVIL NO._:  CV24 00283 JAO

PLAINTIFF RADE Q. ZONE'S
FIRST AMENDED COMPLAINT
FOR NEGLIGENCE, PERSONAL
INJURIES AND DAMAGES
NEGLIGENT INFLICTION OF
EMOTIONAL DISTRESS, FRAUD
DEFAMATION, FALSE LIGHT,
Slander, nd DISCRIMINATION

REQUEST FOR JURY TRIAL

COMES now Plaintiff RADE Q. ZONE, for causes of action against

Defendants YOUTUBE LLC, a subsidary of Google  LLC , GOOGLE LLC D/B/A

YOUTUBE, NEAL MOHAN CEO of Youtube.com, CSC_CALIFORNIA (registered

agent for DOES-Employes of YOUTUBE LLC), and CORPORATION SERVICE

COMPANY- Delaware (Registered agent for DOES-Employees of YOUTUBE

LLC), and DOES UNNAMED, does hereby file this First Amended Complaint in which he alleges personal and financial damages in excess of $75,000.; and alleges following:

## I. JURISDICTION AND VENUE

1. This is a civil action that is a claim for $2,500,000 in claims and damages, and between citizens of different states, by Comedian RADE Q. ZONE, a Hawaiian resident who is permanently domiciled in the County of Honolulu, Island of Oahu, Hawaii (hereinafter 'Plaintiff'); (See PL EXH.# S 1 , 2 , attached);. and Defendants YOUTUBE LLC; GOOGLE LLC D/B/A YOUTUBE, NEAL MOHAN CEO of Youtube.com; and John/Jane DOES unknown-listed as CORPORATION SERVICE COMPANY and or CSC, on page one of Amended Complaint- (hereinafter "Defendants"), the owners/,Employees, and Chief Executive Officer of, and creators of, the website Youtube.com.

2. JURISDICTION: This action is based on both diversity of citizenship, and, seeking damages in excess of $75,000: Plaintiff is located in the 9'th Circuit Court District of United States of America , Federal court (in Hawaii); the Chief Executive Officer of Youtube.com, and the principal headquarters of YOUTUBE LLC, as well as it's 'Registered Agent' for Employee/owners of Youtube LLC ("CSC-California"), and principal place of business are located in California; employees of Corporation Service Company -Delaware, are the Youtube "Registered Agents' for Delaware -where the original Youtube LLC was formed and created. Plaintiff is a resident and is domiciled in Oahu since Oct 2, 2023; Courts treat a person's residence as prima facie evidence of domicile.( See District of Columbia v. Murphy 314 U.S. 441, 455(1941). (See Pl Exh.#'s

1, 2, 3 ,4, 5, 6,    attached.)

3.    Defendants all reside in other states-- Specificlly California, Delaware; (See Pl Exh.s #'s  7, 8  , attached.) .  Pursuant to 28 USC 1332 (c), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has it's principal place of business". California is where Defendant's website Youtube.com is headquartered, liscensed , and doing substantial business in;  Delaware is state where the company's YOUTUBE LLC and GOOGLE LLC D/B/A YOUTUBE were originally incorporated in; Neal Mohan CEO  of Youtube.com, is a U.S. citizen -born in Indiana; (See. EXH.#.s  7, 8, attached); and according to Mr. Mohan's Linkedin.com page , He is located in  the 'San Francisco Area" which is California ('bay area'), where Youtube LLC  and  Google LLC D/B/A YOUTUBE LLC  are. Headquartered.

4.   VENUE:    Plaintiff resides in, and is domiciled in, Honolulu county; Island of Oahu, State of Hawaii, at all times; is a Disabled Citizen, and does not move to any other states, as it is difficult to do. Defendants are owners/employees of multiple LLCs , and they are in California and Delaware, as large LLC corporations; The JOHN DOE  Defendants are 'Registered Agents' of Youtube LLC and are DOES -Unknown,  located in unknown places.  Plaintiff has been living in Oahu, Hawaii since October 2 2023 (see Pl. Exh# .1, 2   , attached);  has a medical status as Disabled and a Financial Status as Low Income ( see IFP  Application )  therefore cannot easily move to any other state or courtroom; and so there is no other place for this case to be heard than this U.S. District Court in Plaintiff's home State of Hawaii, @ 300 Ala Moana Blvd.; Honolulu, Oahu, HI.  pursuant to 28 USC  1332.

5.    . Damages accrued were on the internet, which is in all 50 States, and all countries around the world- as Defendant's websilte serves billions of people.(See PL EXH.# 3). Defendant's LLCs are citizens of California and Delaware , and are Employee -owners; 1) in the state in which the YoutubeLLC and Google LLC D/B/A YOUTUBE LLC was incorporated in-( Delaware); and mainly headquartered, Liscensed, and doing substantial business in -which is California; this creates a Diversity of different States. The amount of damages to Plaintiff's career and personal well being are 2,500,000$-- which includes not only lost earnings from the past and present, but earnings from the future, and costs for medical treatment -as mental health counseling which is calculated against Plaintiff's Medicare/Medicaid "Allowed yearly amount". Which Plaintiff wont be able to 'spend' on other medical treatments; these costs are over $75,000 -therefore the proper venue should be – Federal United States District Court (300 Ala Moana Blvd).,on the Island of Oahu., in the State of Hawaii.

## II.   PARTIES AND RELATIONSHIPS

6. PLAINTIFF:   RADE Q. ZONE:   At all times, Plaintiff is domiciled in , and resides on the island of Oahu, in the State of Hawaii since October 2023. His financial status is 'Low-Income' , and medical status is 'Disabled'. As a comic he has had extreme difficulty in Oahu getting any kind of 'Bookings' -even as an unpaid host (which is how most Comedy Clubs tend to promote comics- on their lowly comedy 'open Mic' showcases);—due to a violent , defamatory video that has been edited to make Plaintiff look bad and unhire-able, due to an invidious campaign to malign him with online comments combined with a doctored video. This video not only is still

(4)

circulating- and Defaming the character of plaintiff; but it is making money - fraudulently- for the Youtube.com website that is distributing it, and has been, since 9 years ago, on Youtube.com. It has close to 1 million views- (880,000)  -and still is- causing damage to Plaintiff's career, mental state, and financial health   It will continue to cause damages to Plaintiff in the future, due to the concerted effort of multiple parties who wish to see it continue indefinitely. (See PL. EXH.#s 9,  10,  11     ,attached)

7.     DEFENDANT #1 and #2:    YOUTUBE LLC :    Youtube.com is a website is owned by the LLCs of  YOUTUBE LLC, and GOOGLE LLC D/B/A YOUTUBE ;  Both are listed corporate headquarter addresses in California –Youtube LLC: San Bruno , California. (901 Cherry Ave., 94066).

.8   Google, which owns Youtube.com, is the listed owner as Google LLC D/B/A Youtube, and has it's corporate headquarters at: 1600 Amphitheatre Pkwy., MountainView, CA 94043; (both these are in the San Francisco 'Bay Area').

9.     Youtube.com is a website that allows users -as ' personal account-holders', to post videos of anything; however Youtube.com does have a duty to monitor,  censor, and/or block material that is offensive, or not conducive to certain standards.   ,  .

10.    DEFENDANT #3:  NEAL MOHAN CEO:    Plaintiff alleges that Youtube.com Cheif Executive Officer  (CEO) NEAL MOHAN has been , and still is,  the CEO of  The website Youtube.com, and is therefore the main person responsible for the duties and actions of Youtube.com. Defendant resides in the state where his business is 'located , headquartered and doing substantial business in', which is California; (See Pl. Exh# 7,  8, , attached). Defendant #3 is also a citizen of the United States- Born in the

(5)

State of Indiana; and his Linked.com  page states his location as 'San Francisco Bay area' (See Pl EXH #s 7, 8,, attached) which is where Youtube LLC is headquartered

11.  **DOE DEFENDANTS**:   there are unspecified persons who are Employees /owners of Youtube LLC And GOOGLE LLC D/B/A YOUTUBE ; these persons apparently cannot be discovered without a subpoena, and are distantly located in California and Delaware.  There is a CA listing of the 'registered Agent' for these employee/owners, which is Corporation Service Company ( "CSC" in California). Since the corporation was incorporated in Delaware, that is also where the main persons are who are responsible for Plaintiff's damages- those who reside within the corporate ranks of Google LLC and or Youtube LLC, and or Google LLC d/b/a Youtube, and or are related in some way to doing business with these Defendants; however Plaintiff has no way of knowing who those persons are. Therefore Plaintiff is listing ficticious name Defendants as JOHN/ JANE DOE PERSONs, who shall be named in the future.

### III:  ALLEGATIONS OF FACT

12.  **ACCRUAL OF CAUSE**:  This complaint is focused on ongoing damage done to plaintiff's reputation, personal relationships, business relationships, state of mind, mental health, and finances, from an incident that was videotaped at a coffeehouse in Las Vegas, NV, in August of 2015, and posted online on at Youtube.com., And gone 'viral' with almost one million views. (880,000).

13,   This video was then edited and 'doctored' to make Plaintiff look bad, and promoted online at Youtube.com; negative comments began adding up  in large



numbers, as an invidious campaign to make Plaintiff look bad, and ruin his reputation within the -relatively- small area of 'Booking Agents' of Comedy Clubs.

14. Once online at Youtube.com, multiple other Youtube.com accounts began copying it and commenting on it. The violent, edited, defamatory video went 'viral' and, combined, got over 1 million views. Not one person asked for Plaintiff's version of what happened; it was all taken as 'truth', from the Youtube.com video.

15. Anonymous, Persons of 'Accounts' such as, "Son,of Crack Lee", and "Quality Content", have posted on their Title Page, a picture of Plaintiff being ASSAULTED//kicked. This is Defamation, Slander and False Light. See Pl. EXH. #'s 10, 11,12 atch).

16. Youtube.com does not give out information on who the persons are behind these accounts, therefore Plaintiff cannot sue them. This is a Product Defect that Defendants are liable for. See Pl. EXH. # 10, 11, attached.

17. Plaintiff was, and is, being defamed by multiple Youtube.com accounts and/or persons; an invidious campaign combining defamatory, violent videos, and negative comments on those videos have created an extreme damage to Plaintiff's reputation, persona relationships, business relationships, mental health, and finances, and ability to earn wages as paid 'gigs'. (See PL.EXH. #s  13, 14, 15, 16, 17, 18, 19 ,attached).

18. Up to this very day Plaintiff is losing business here in Hawaii from these violent Defamatory videos and in combination with negative comments. At 'Open mic' shows comics are referencing the Video of Plaintiff being assaulted. Plaintiff can not even get a booking for a job as a lowly unpaid 'host' of an Open Mic show --this is all due to the damage done to his reputation, and is ongoing, by Defendants' Youtube.com.

19   After nine years of this video and invidious negative comments, , Plaintiff is still being defamed by new persons who plaintiff does not know , never met, who don't know anything about the original incident, and yet these persons feel the need to ridicule and insult plaintiff- both while he is in the audience; and online. (See PL. EXH. # 20, attchd.)

20.   Plaintiff tried to book his own 'stage time' from a theatre group that was advertising selling it's 'stage time';  Plaintiff made multiple attempts to contact them for this possible transaction; no one ever got back to him- either online or by phone. This is due to the reputational damage of the invidious combination of negative comments and violent, defamatory videos, on Youtube.com. See Affadavit # 2;  PL. EXH.# 21, attached.

21. Youtube.com acts as an encyclopedic reference tool for anyone who wants to look up this video and incident.  By being a massive and well-known internet video website, Youtube.com gives an 'official recognition' to these violent defamatory videos in a way that makes all invidious comments and campaigns legitimate. (See Pl. EXH.#'s 3,  14)

22.   Plaintiff assumed these negative defamatory bad effects had worn off from this defamatory video, however approximately one and a half years ago  acquaintences started coming up to Plaintiff and asking if he was 'allright' following the 'kick' they saw on the video; they didn't know it was over EIGHT years old at that time.

23. Due to Plaintiff's Disability- which makes it difficult to spend time on computers for any length of time without migraines or seizures, he did not realize the full extent of how much the damage is, from Defendant's Youtube.com,, and will continue into the future.

24.   During a quick, cursory search of Plaintiff's own name on Google.com and


(8)

Youtube.com, plaintiff noticed the violent, defamatory, slanderous, libelous images on the 'Title page's of accounts such as, "Son of Crack Lee", "Quality Content", and others. (SEE PL. EXH.#'s 10, 11, _____, attached)

25. After this quick, cursory search, therefore, Plaintiff sent out warning/demand letters to Youtube LLC, : not just once , but two times; to Youtube LLC, GoogleLLC, and Neal Mohan on October 28, , 2023 and then again on December 10, 2023; telling Youtube.com to take down offensive material, or risk being sued. (SEE PL. EXH.'s 22, 23, 24, 25  ,attached)

26. Plaintiff gave Defendants a time limit of 21 days to take down these defamatory, violent slanderous, libelous images; yet to this day they are still available online for anyone to see at "Son of Crack Lee" , and "Quality Control". And possibly other accounts, without even clicking on the video . (SEE PL.EXH.#'s 10, 11, aatached)

27. These accounts have  offensive, defamatory, violent images of Plaintiff being assaulted/kicked; and still are viewable, on the 'Title Page' of multiple accounts; Any person on the Youtube.com website can, just by 'browsing' , and without even clicking on to watch the video, can clearly see Plaintiff being violently assaulted- Because of the Title Pages of the video, at these accounts. (SEE previous attachments)

28. Plaintiff won a default judgement for Assault against the person who kicked him, for 7,000$ in Justice Court of Las vegas Township, NV; and a default judgement for Defamation against the person who took, and edited, the original video, in the same case; this is case # JC17C016528, LasVegas Justice Court, Clark County, Nevada. (The limit of reward in Justice Court is 15,000$). (see also Affadavit # 1 attached to IFP)

29. The Defendants Knew, or should have known, through multiple demand letters, and through violent images posted on Title Pages,(without even viewing the video), that they were causing mental pain and anguish, and unjustly enriching themselves at Plaintiff's expense.

30. Defendants Youtube.com website has no vetting process of account holders- so that Plaintiff cannot know who to sue, if he wanted to sue. There should be a way for a person to find out who the defamatory producers are, built into their website account application procedure-- this is a Defective Product, and makes Defendants liable for such.

31. Also, Defendants should know that when something as violent and defamatory as these videos are being displayed to the world wide web, there should be protocols in place to make sure this doesn't happen continuously. This is a defective Product, and must be fixed.

32. Defendants are also making money, in the form of advertising revenue, which is based on the number of 'clicks' or views of videos; , thus letting owners of Youtube.com charge more money for ads. This is fraud, and they are liable for unjust enrichment from allowing Defamatory, slanderous, violent videos to make themselves money.

33. . Plaintiff has had his prime earning and performing years taken away from him due to an invidious campaign to malign him through negative comments and a doctoring /editing of the video to make him look bad, and 'unhire-able'

34. The comedy business has very peculiar and unusual hiring practices, it is a very 'High-Profile' industry; there are special, secluded ways to negotiate a 'booking'

with Comedy Clubs, such as by using 'agents'; and, or, relying on personal reccomendations, and using 'gatekeepers' to keep unwanted persons off-stage; these practices can be based on very flimsy, word of mouth reccomendations; this makes the invidious, defamatory, violent campaigns to malign Plaintiff, all the more devastating to his reputation, and his ability to earn money in his chosen profession.

35. Bookings have been non-existent for Plaintiff,, even if he is willing to pay his own -meager- money to rent his own stage. SEE PL. EXH.# 21; and Affadavit #2 of Plaintiff ,attached. This is wholly and completely due to the negative, invidious, defamatory campaigns waged on the Defendant's website Youtube.com.

36. This peculiar Comedy hiring 'system'. Is, for all intents and purposes, using 'Social Media' websites, primarily like defendant's Youtube.com, to destroy the reputation of Plaintiff, and then to 'cancel' him, before even knowing him . This is especially damaging, as stated, to Plaintiff who is in the entertainment business. The encyclopedic, high volume website can cause ongoing, unlimited damage for ever; for which invidious promoters are continuously doing, to this day, from a video that is over 9 years old now, on Youtube.com.

37. Clubs do not hire unless they know the comics personnally, and with the complete negative defaming of Plaintiff, and violent images, no one is willing to hire him. There are also the 'Gatekeepers' who can make it impossible for Plaintiff to even get 'Stage time' for even a minimal 'Open Mic'. Club owners do not want to offer Plaintiff any 'Paid Spots' for any of the comedy showcases here in Honolulu;

38. This also happened previously in Las Vegas, NV: the comedy club Wiseguys held an online application for anyone to apply for 'Open Mic Host', of which Plaintiff did multiple times without any response.

38. In The original video from 9 years ago, the assaulter was completely lying about everything because he knew that the camera was recording, and so made multiple phony comments, such as when he said, "You put your hands on me".

39. At no time did Plaintiff "put his hands on" the assaulter, at that event at the coffeehouse, in Aug. of 2015.

40. The assaulter, and the defamatory video taker, Of the original video- never showed up for the court case in Justice Court in Clark County NV: They were served, notice was given, (and the Las Vegas Constable told Plaintiff personally that both defendants were served); SEE PL. EXH.#s 26 , attached)

41. Both of these previous defendants knew  -because they are comics, also—that if they were to lose, in court, how damaging it would be to their reputations, livelihood, finances, And business relationships. So they were completely lying.

42. Plaintiff contacted 'help line' at Youtube.com's 'log in service' approximately 10/11/2017 ago, about these defamatory violent videos: No response or reply was given to him about videos, or even a reply at all; This shows a pattern of Negligence. (SEE PL.EXH.# 14  )

43. Plaintiff has been suffering through serious mental health issues since this video was posted by Youtube.com; First off, when going to 'Open Mics' to Practice his craft of Standup comedy- other emcees and performers would ridicule demean and insult

him personnally, specifically from information received by the edited Youtube video;

44. Second: Plaintiff is now going through counseling/ therapy, for the second time; and fighting thoughts of suicide, bodily harm and depression. (see PL.EXH.#'s 13, 15, 16, 19, 27 ,attached)

45. Plaintiff has suffered financially as a performer and entertainer, having lost possibly Millions of dollars of income, since this was the high point of plaintiffs earning years.

46. No booking agents have been, and still are not , willing to hire him. Plaintiff is now known only and sppecifically as the , 'Person getting kicked in the Video'; and this is having a huge effect on Plaintiff's life, career, mental health, and general well-being.

### IV: FIRST CAUSE OF ACTION: NEGLIGENCE

47. Defendants knew or should have known, that there were defamatory, slanderous, libelous, and violent images causing extreme harm to Plaintiff. on their website of Youtube.com; yet they did nothing to stop it; in fact they are still causing damages.

### V: SECOND CAUSE OF ACTION: FRAUD

48. By making money off of 'clicks' or viewers is how Youtube.com makes revenue: they sell advertising to businesses on videos that they know will be viewed multiple times; this is fraud by Defendants: they knew they were making money off of Plaintiff's destroyed reputation, and were glad to do it continuously. This is Unjust Enrichment. Defendants are making profits for 'inappropriate' material on their websit Youtube.com.

### VI: THIRD CAUSE OF ACTION: DEFECTIVE PRODUCT



(13)

49. Defective Product Law states that 1) a product must be designed properly; and 2) proper warnings given....

50. Defendants did not design their website, Youtube.com, properly: Even if Plaintiff were to sue the creators of 'content' on Youtube.com, there is no way of knowing their names, or any information about them, since the accounts have anonymous (I.E., not real) names (such as, "Son of Crack Lee", and "Quality Content"). This is a Defective Product of the Defendant's: every account member on Youtube.com should be vetted with proper verified name, address, and other I.D. information. There is no way Plaintiff can even find out who they are. This is a design flaw that the creators and owners of Youtube.com are liable for.

51. There is no warning given to posters of Defamatory videos that they may be sued, or that it is Fraud in the form of Unjust Erichment to make money off of Defamatory videos and invidious comments

VII: **FOURTH CAUSE OF ACTION: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**.

52. Plaintiff has suffered through over nine years of continuous, nonstop ridicule and insult and harassment, -both online and in person at comedy clubs and Open Mic's; this has caused him to seek counseling twice, and has caused severe depression and thoughts of suicide constantly, all directly related to Defendant's Youtube.com website which is allowing violent defamatory images to be posted continuously; This is Negligent Infliction of Emotion Distress.

53. Defendants do monitor their website and do take down offensive material, such as violent and pornographic videos ; so to say defendants have no responsibility is untrue.

They also censor any song that has a copyrighted song, playing in a video.

### VIII: FIFTH CAUSE FOR ACTION:: DEFAMATION And FALSE LIGHT

54. DEFAMATION as SLANDER and LIBEL: With thousands of negative comments on these Youtube.com accounts, from edited, doctored videos, the opinion of bookers is virtually guaranteed to be highly negative. Revenue and prospects for revenue for Plaintiff have evaporated, and there is no way to stop the Invidious, continuous placing of Plaintiff in False Light. After 32 years as a performer and comedian, the only thing people know about him, is from these False Light Videos, Images and invidious comments -that are being promoted by anonymous persons who have a vendetta against Plaintiff. The only way to take these videos down is through a Federal lawSuit. And if Defendant's are not willing to go to trial, then they must pay 2,500,000$

55. Plaintiff knows that Slander, as a form of Defamation, can be in the form of a picture.; If there is disagreement then it is up to a jury to decide the true facts.

### IX: 6TH CAUSE FOR ACTION: DISCRIMINATION

56. Plaintiff has a disability which makes it hard to work on computers for any length of time. There may be siezures or migraine headaches; Plaintiff can only do so much monitoring; And to keep up with a constant barrage of negative invidious comments,on Defendant's Youtube.com website, is to force Plaintiff to suffer pain needlessly. And Inflict pain and suffering onto Plaintiff ongoing continuously into the future. This is to discriminate against Plaintiff due to his disability. (Americans with Disabilities Act of 1990: Title II Subpart A   Sect. 202 ),   (42 USC 12132)

(15)

57. Defendants are liable for all parts of this entire process through their website, Youtube.com: The 'Encyclopedic Indexing' of all videos, combined with the huge number of visitors, means that Plaintiff will have to spend countless hours attempting to monitor and or counter the invidious comments, and defamatory, violent videos and images, for the rest of his life. This is Discrimination..

Defendants are liable and sholud pay the requisite amount of 2,500,000$ therefore are negligent.

## IX.  INJURIES AND DAMAGES.

58. Plaintiff incorporates all of the previous facts and allegations against Defendants, which include, as a direct and proximate cause, all of the above alleged acts and omissions of Defendants:

  A) Mental distress, depression, loss of relationships, directly due to edited, defam-
     -atory videos which were not taken down from Defendant's Youtube.com website

  B) Ongoing mental pain and suffering; discomfort; distress; counseling; therapy; not only in the past but ongoing into the continuous foreseeable future-- in direct connection with these viral videos and invidious comments which are now the complete definition of Plaintiff;

  C) Loss of past earnings of Plaintiff during what could have been his prime earning years; and loss of present earnings; loss of future earnings; Ongoing mental suffering and anguish due to personal insults from emcees and performers at Open mics, tied directly and specifically to the viral videos distributed by Youtube.com;

(16)

D) Plaintiff believes that permanent personal and reputational damage has resulted, and will result continuously from these acts by Defendant's Youtube website in the future, and will not ever be 'fixed'..

59. Plaintiff Rade Q. Zone would show that he has been damaged in a sum, to be determined at trial, far in excess of the minimum limits of this Court, for .which amount he comes now to sue.

60. By reasons listed above, Plaintiff has in the past, and will in the future, be suffering the following injuries and losses, for which Defendants are jointly and severally liable to Plaintiff , due directly to their website Youtube.com:

  A. Present psychological , emotional, and mental injury; depression, pain and suffering.

  B. Mental anguish, and emotional pain and suffering, in the Past and in the future.

  C. Loss of earning capacity in the past and in the future;

  D. Career changing effects on any interactions with booking agents in his chosen career;

  E. Career changing effects on interactions with other performers as peers or co-workers.

  F. Life changing effects on all interactions with any one in his daily living, who have seen these defamatory, edited videos and invidious comments. .

  G. Medical costs for therapy, counseling, and to repair his mental state; If not actual costs , then these medical therapy sessions will 'subtract' from Plaintiff's Medicare 'total yearly amount available for medical assistance' which will affect his medical psychological, and financial state;.

(17)

61      All said injuries and damages, including Court costs; Plaintiff's personal time and energy, especially in the face of his disability; not now precisely known, but in excess of $75,000.00.

## XI: PRAYER

Wherefore, Plaintiff Rade Q. Zone prays that Defendant's YOUTUBE.COM LLC, a subsidary of Google LLC D/B/A Youtube; and NEAL MOHAN, CEO of Youtube.com; CSC- California,( registered agents for service in California for YoutubeLLC and Google LLC D/B/A Youtube ); and Corporation Service Company- registered agent for service in the state iof Deolaware for employee/ owners of Youtube LLC, and Google LLC D/B/A/ Youtube,  appear and answer herein according to the rules of law of this Court. After trial on the merits of these causes and issues, and with consideration of Plaintiff's injuries and damages set forth previously, Plaintiff be awarded A) judgement against Defendants, jointly and severally, a total sum in excess of $75,000;

B) to include pre-emptive removal of offending video material;

C) regular maintenance to insure see that these charges do not come up again;

and D) what ever else this court deems proper and just.

## REQUEST FOR JURY TRIAL

Plaintiff, Rade q. Zone, hereby demands a trial by jury of the above captioned matter.

## XII: CERTIFICATION

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase

(18)

the cost of litigation; (2) is supported by existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

a) I also agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

DATE of Signing: Sept. 10, 2024

Signature of Plaintiff _____Rade Q. Zone_____
Printed Name of Plaintiff        Rade Q. Zone
                                 Pro Se

(19)