# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| RADE Q. ZONE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 24-00283 JAO-WRP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| YOUTUBE.COM LLC, et al., | September 23, 2024 |
| Defendants. | At 8 o'clock and 35 min a.m.<br>LUCY H. CARRILLO, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   On September 23, 2024, the Court issued its "Order (1) Dismissing First Amended Complaint Without Leave to Amend and (2) Denying Application to Proceed in District Court Without Prepaying Fees or Costs as Moot (ECF No. 11)," ECF No. 17 (September 23, 2024 Order).

   IT IS ORDERED AND ADJUDGED that the First Amended Complaint is HEREBY dismissed without leave to amend, and without prejudice, pursuant to and in accordance with the September 23, 2024 Order. Further, the Clerk of Court is directed to close this case.

| | |
|---|---|
| September 23, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /S/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |